0    67 11

WITHDRAWN
AND NOT
REISSUED